THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD J. KING, Appellant,
against VERNON A. MORHOUS, as Warden of Great Meadow Prison, Respondent.

Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.